SEALED

FILED
2023 MAR 29 PM 4:18
US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:23-cr-56-RBD-RMN
     18 U.S.C. § 1544

CHELSEA NYANDA VICTORIA
AKIBO-BETTS

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about January 14, 2023, in the Middle District of Florida, and elsewhere, the defendant,

CHELSEA NYANDA VICTORIA AKIBO-BETTS,

did willfully and knowingly use and attempt to use a passport issued and designed for the use of another, in that the defendant presented a United States passport bearing number XXXXX0301, in the name of D.M.F., to an Officer of the United States Customs and Border Protection to enter the United States.

In violation of 18 U.S.C. § 1544.

### FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(6).

2. Upon conviction of a violation of 18 U.S.C. § 1544, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(6):

   a. Any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense;

   b. Any property, real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and

   c. Any property that is used to facilitate, or is intended to be used to facilitate, the commission of the offense.

 3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
Sarah Megan Testerman
Assistant United States Attorney

By: *[signature]*
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
March 23

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

CHELSEA NYANDA VICTORIA
AKIBO-BETTS

## INDICTMENT

Violations:   18 U.S.C. § 1544

A tr̲_____

_____
Foreperson

Filed in open court this 29th day of March, 2023.

_____
Clerk

Bail $_____